UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YULAN HUANG,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-09233 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's *ex parte* Motion for a Temporary Restraining Order and Order to Show Cause. Dkt. 4. Plaintiff is ORDERED to appear at a conference to discuss the motion on **November 5, 2026 at 3:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 27, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge